# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERT WATTERSON,
    Plaintiff,

   v.    C.A. No. 18-520 WES

TRUSTED MEDIA BRANDS, INC.,
    Defendant.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Memorandum and Order entered by the Court on February 19th, 2020 by this Court.

    Enter:

    /s/ Ryan H. Jackson
    ───────────────────
    Deputy Clerk

Dated: February 19th, 2020